STEPHEN S. KATICH, Respondent, v. SIMEON B. D. SMITH et al., Appellants.—

Concur— Eager, J. P., McGivern, Markewich, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGEL AYALA, Appellant. LOUIS J. LEFKOWITZ, Attorney-General, Intervenor.—

Concur— Capozzoli, J. P., McGivern, Nunez and McNally, JJ. Markewich, J., concurs in the following memorandum: While I concur in the result reached by the court, I feel that it must be noted specifically that the quoted pronouncement of *Rios* finds its basis solely in the excerpted sentence of section 208, and not by analogy to a criminal trial. *Rios* changes not one whit the holding of *People* v. *Fuller* (24 N Y 2d 292) that "various constitutional requirements applicable to criminal trials are not necessary here [p. 307]" and "that the requisites of a criminal trial are not applicable to these proceedings [p. 304]".

In the Matter of JOAN S. OHRSTROM, on Behalf of Herself and as Mother of PETER OHRSTROM and Another, Appellant-Respondent, v. GEORGE L. OHRSTROM, JR., Respondent-Appellant.—

Concur — Stevens, P. J., Eager, Capozzoli, Tilzer and Bastow, JJ.